```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                        HARRISON DIVISION

JIM L. HOUSLEY                                         PLAINTIFF

v.                      Civil No. 07-3054

MARY JANE ERWIN, Mayor
of the City of Flippin,
Arkansas, et al.                                      DEFENDANTS
```

**O R D E R**

Now on this 17th day of January, 2008, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 5) and the **Plaintiffs' Objections to the Magistrate Judge's Report and Recommendation** (Doc. 8).

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds that the plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation of the Magistrate Judge** is **adopted *in toto*** and the plaintiff's complaint is **DISMISSED** on the grounds stated in the Report and Recommendation. Plaintiff's **Motion to Amend (Doc. 9)** his complaint is **DENIED** as the amendment would be futile.

**IT IS SO ORDERED.**

                                          **/s/Jimm Larry Hendren**
                                          **HON. JIMM LARRY HENDREN**
                                          **UNITED STATES DISTRICT JUDGE**