IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JIM L. HOUSLEY                                          PLAINTIFF

v.                        Civil No. 07-3054

MARY JANE ERWIN, Mayor
of the City of Flippin,
Arkansas, et al.                                       DEFENDANTS

<u>O R D E R</u>

Now on this 26th day of March, 2008, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 15) and the **Plaintiffs' Objections to the Magistrate Judge's Report and Recommendation** (Doc. 16).

The Court has reviewed this matter *de novo* and, being well and sufficiently advised, finds that the plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation of the Magistrate Judge** is **adopted *in toto*.** Accordingly, the plaintiff's **Motion for Leave to Appeal In Forma Pauperis (Doc. 14)** is **DENIED**, as the appeal is not taken in good faith. <u>See</u> 28 U.S.C. § 1915(a)(3). The clerk is directed to collect the $455.00 filing fee pursuant to the terms of the Prison Litigation Reform Act.

**IT IS SO ORDERED.**

<u>/s/Jimm Larry Hendren</u>
**HON. JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**